**Order entered March 5, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00940-CR

**DAMIAN MEDINA BUENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-58187-I**

## ORDER

Before the Court is the State's March 4, 2019 second motion to extend the time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE